# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00255-CR

**Ex parte James Nunes**

**FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY**
**NO. 612793, HONORABLE MIKE DENTON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

James Nunes seeks to appeal from an order denying relief in a habeas corpus proceeding. *See* Tex. Code Crim. Proc. Ann. art. 11.072 (West 2005). The trial court's order was signed and entered on March 15, 2005. The deadline for perfecting appeal was therefore April 14. Tex. R. App. P. 26.2(a)(1). Nunes filed his notice of appeal on April 29, 2005. Although the notice of appeal was filed within the fifteen-day grace period, Nunes did not file a motion for extension of time. *See id*. rule 26.3. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: May 20, 2005

Do Not Publish